**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



John P. Gustafson
United States Bankruptcy Judge

**Dated:  February 7 2018**

# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | * | **Case No. 16-33644 G** |
| **Arnita S. West** | * | **HON. JOHN P. GUSTAFSON** |
| | * | |
| **Debtor(s)** | * | **Chapter 13** |

### STIPULATED ORDER AMENDING CHAPTER 13 PLAN

Now comes Elizabeth A. Vaughan, the Standing Chapter 13 Trustee, Debtor(s) and Counsel for Debtor(s) herein, who stipulate that the following Amendments to the Chapter 13 Plan for the above referenced case are hereby agreed to by all parties.  The parties further agree that upon entry of this Stipulated Order, the Amendments noted herein shall constitute a regularly filed amendment to the Chapter 13 Plan filed on    11/21/16   .

☑ **The Chapter 13 Plan payment originally proposed in the amount of**
$___210.00____**per month,  is hereby amended to**
$___250.00____**per month for the remaining  47   months of the  60  month plan.**

☐ The Chapter 13 Plan originally providing for payments to be made for a period of _____ months is hereby amended and the plan payments shall be made for a period of _____ months.

☑ **<u>All</u>** tax returns / net federal and state refunds for tax years___2016 (rec'd),17,18,19,20__; shall be submitted to the Standing Chapter 13 Trustee during the pendency of this case by April 15th each year.

☐ The Debtor(s) agrees that no changes to the payroll withholdings will be made without the written permission of the Trustee.

☐ The Chapter 13 plan originally proposed at a percentage of _____% is hereby increased to the percentage of _____%

☑ This case shall be reviewed annually as tax returns/refunds are received to determine if the dividend to unsecured creditors can be increased.

☐ There shall be no future modification of dividend to unsecured creditors below 100%.

The parties further agree that all other aspects of the Chapter 13 Plan for the above-captioned case shall remain the same.

**APPROVED THIS ____7th _____ day of _____February_____, 2018.**

*/s/___Elizabeth A. Vaughan_____*
**Standing Chapter 13 Trustee**

*/s/___Elliot H. Feit_____*
**Attorney for Debtor(s)**

*/s/___Arnita West_____*
**Debtor**

/s/_____
**Debtor**